**Erik E. Sardiña, Esq.**
**Attorney**
**Direct Dial: 201-708-8236**
**Email:** esardina@kdvlaw.com

Kaufman Dolowich & Voluck, LLP
Court Plaza North
25 Main Street, Suite 500
Hackensack, New Jersey 07601-7086
Telephone: 201.488.6655
Facsimile: 201.488.6652
www.kdvlaw.com

**MEMO ENDORSED**

November 12, 2019

**Via ECF**
Honorable Edgardo Ramos, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> RE: **Travelex Currency Services, Inc. v. Puente Enterprises, Inc.**
> **Case No.: 1:18-cv-1736**
> **KDV File No. 022319-0001**

Dear Judge Ramos:

This firm represents defendant, counterclaimant and third-party plaintiff Puente Enterprises, Inc. ("PEI"). With the consent of all parties, PEI respectfully requests an adjournment of the pre-motion conference currently scheduled for tomorrow, Wednesday, November 13, 2019 at 4:30 p.m. (*see* Docket Entry Number 76), as Christopher Nucifora, Esq., PEI's trial counsel, is unavailable due to a recent death in his immediate family. PEI requests that the conference be rescheduled for the afternoon of November 14 or 15. Counsel for Travelex has advised that they are available on either of those dates.

Additionally, PEI requests that the conference be held by telephone.

Respectfully submitted,

**Kaufman Dolowich & Voluck, LLP**

By: _/s/ Erik E. Sardiña_
    ERIK E. SARDIÑA

cc: All counsel of record (via ECF)
ES/ea

4852-4328-0556, v. 1

---

The conference scheduled for November 13, 2019 is adjourned to November 14, 2019 at 3:30 p.m. The request to hold the conference telephonically is DENIED. The parties are directed to appear in person.

_____
Edgardo Ramos, U.S.D.J
Dated: Nov. 12, 2019
New York, New York